UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-81309-Civ-MATTHEWMAN

HIPPOCRATES HEALTH INSTITUTE, INC.,

    Plaintiff,

v.

THE STRAUB GROUP INSURANCE & FINANCIAL SERVICES, LLC and THOMAS G. STRAUB,

    Defendants.
_____/

FILED BY SW D.C.
Apr 15, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## FINAL JUDGMENT AND ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiff Hippocrates Health Institute, Inc. and Defendants The Straub Insurance & Financial Services, LLC and Thomas G. Straub's (collectively, "the parties") Joint Motion for Entry of Agreed Final Judgment ("Joint Motion") [DE 49].

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the parties' Joint Motion [DE 49] is **GRANTED**. It is further **ORDERED AND ADJUDGED** that the following Agreed "Final Judgment and Order Closing Case" [DE 49-1] is entered:

    1.    Judgment is hereby entered in favor of Plaintiff Hippocrates Health Institute, Inc. and against Defendants The Straub Group Insurance & Financial Services, LLC and Thomas G. Straub on Plaintiff's conversion claim (Count One) in the amount of $7,064,345.99, on Plaintiff's civil theft claim (Count Two) in the amount of $21,193,037.97,[1] on Plaintiff's unjust enrichment claim (Count Three) in the

---

[1] Pursuant to Fla. Stat. § 772.11, the Court has trebled Plaintiff's compensatory damages ($7,064,345.99).

        amount of $7,064,345.99, and on Plaintiff's breach of fiduciary duty claim (Count Four) in the amount of $7,064,345.99.

2. Plaintiff shall recover from Defendants The Straub Group Insurance & Financial Services, LLC and Thomas G. Straub the total amount of $21,193,037.97, for which let execution issue.

3. This Final Judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961.

4. The Clerk of Court is directed to **CLOSE** this case.

5. The Court retains jurisdiction to determine any timely filed motions for attorneys' fees and/or costs.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 15th day of April, 2024.

*[signature]*
WILLIAM MATTHEWMAN
United States Magistrate Judge